UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR602-020 |
| | ) | |
| ERIC JERMAINE STOKES | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jason W. Blanchard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jason W. Blanchard** be granted leave of absence for the following periods: August 14, 2023 through August 22, 2023; and August 29, 2023 through August 31, 2023.

**SO ORDERED**, this the ___19th___ day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA